# MOTION HEARING

Date:  09/19/2025                                    Judge:          Michael S. Nachmanoff
                                                     Reporter:       Diane Salters
Start:    10:45 A.M.                                 Deputy Clerk:  Lynnelle Creek
Finish:  10:59 A.M.

## CIVIL ACTION NUMBER: 1:25-cv-1500

## HENDERSON
### v.
## SINGLETON'S GROVE HOMEOWNER'S ASSOCIATION INC, ET AL

_____

## APPEARANCE OF COUNSEL

**PLAINTIFF**                                        **DEFENDANTS**
Kim Henderson-Pro-se                                 William Mitchell

_____

## PROCEEDING

- Motion for Preliminary Injunction/TRO(dkt.3)-DENIED.

_____

(    ) Report and Recommendation to Follow
( ✓ ) Order to Follow